J. RUSSELL CUNNINGHAM, State Bar #130578
J. LUKE HENDRIX, State Bar #271424
DAVID R. WIKSELL, State Bar #272490
DESMOND, NOLAN, LIVAICH & CUNNINGHAM
1830 15th Street
Sacramento, California 95811
Telephone: (916) 443-2051
Facsimile: (916) 443-2651

Proposed Attorneys for Kimberly Husted
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

In re:

THOMAS L. WURZEL and
BEVERLY K. WARNER,

Debtors.

Case No. 11-20488-B-7
Chapter 7

DNL-2

Date: July 12, 2011
Time: 9:32 a.m.
Place: Courtroom 32
　　　　501 "I" Street, 6th Floor
　　　　Sacramento, CA 95814

## MOTION TO SELL ESTATE'S INTEREST IN CERTAIN SCHEDULED PROPERTY

KIMBERLY HUSTED ("Trustee") hereby moves for an order authorizing the sale of the estate's non-exempt interest in certain scheduled property described below as Subject Assets, subject to any and all liens and encumbrances existing as of the date of the transfer, back to the debtors for $5,000. In support thereof, it is represented that:

1.　　This case was commenced by the filing of a voluntary Chapter 7 petition on January 6, 2011. Trustee is the duly appointed trustee for the debtors' estate.

2.　　Among the assets of the bankruptcy estate are the debtors' interest in the following property (hereinafter collectively "Subject Assets"), some of which has been claimed fully exempt, partially exempt, and not exempt at all: (a) $1,180 in bank accounts; (b) household goods and furnishings; (c) Yamaha upright piano; (d) books, art, pictures, CD's; (e) men's and women's clothing; (f) man's wedding ring, miscellaneous jewelry, woman's diamond necklace, woman's

1

earrings, woman's gold band wedding ring, woman's wedding ring; (g) 3 bicycles, firearms, horse tack; (h) interest in Reliastar Life Insurance Policy Co. policy ending in 081; (i) 401K and IRA accounts; (j) interest in business known as 3 to 1 Engineering; LWGC, Inc., Wyoming Outdoor IMD, XCAV8, Inc., Tombola LLC; (k) claim against Liberty Underwrites, Incs. Co; (l) contractor's license; (m) 2004 Chevy Silverado; (n) Jamco 3 horse trailer; (o) GMC Sierra 3500; (p) computer, copy machine, supplies; (q) 1 mare and 5 horses; (r) 2001 Kubota tractor, 2002 Polaris ATV, Toro mower, tractor implements; (r) manure spreader, Microrain, snow bear trailer, hay; and (s) residential real property commonly known as 8460 Olive School Lane.

3. Subject to bankruptcy court approval, Trustee has entered into an agreement to sell the estate's non-exempt interest in the Subject Assets, subject to any and all liens and encumbrances existing as of the date of the transfer, back to the debtors for $5,000.

4. Approving the sale would be in the best interests of the estate because the costs of selling the individual items would likely consume all of the non-exempt equity.

WHEREFORE, Trustee prays that the motion be granted and for such other and further relief as is necessary and proper.

Dated: 6/9/11

DESMOND, NOLAN, LIVAICH & CUNNINGHAM

By: _____
J. RUSSELL CUNNINGHAM
Attorneys for Kimberly Husted,
Chapter 7 Trustee

2